## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDUARDO ACHACH and JULIA ACHACH, Individually and h/w,** | : : : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-1669 |
| v. | : | (JUDGE MANNION) |
| **TRAVELERS INDEMNITY, COMPANY,** | : : | |
| Defendant | | |

## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** The above-captioned action is **DISMISSED** for lack of subject matter jurisdiction.

**(2)** The Clerk of the Court is directed to **REMAND** this case to the Court of Common Pleas of Schuylkill County, and to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: March 31, 2022
20-1669-01-ORDER